UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC.<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.<br><br>　　　　Defendant. | Case Number:<br><br>**DECLARATION OF MARK McDEVITT**<br><br>**IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C § 512(h)** |

I, MARK McDEVITT, the undersigned, declare that:

1.　　I am a Vice President, Online Anti-Piracy for the Recording Industry Association of America, Inc. (RIAA). The RIAA is a trade association whose member companies create, manufacture or distribute sound recordings. The RIAA is authorized to act on its member companies' behalf on matters involving the infringement of their copyrighted video and sound recordings.

2.　　The RIAA is requesting the attached proposed subpoena that would order Facebook, Inc. to disclose the identity, including name, physical address, IP address, telephone number, e-mail address, payment information, account updates and account history of the user operating the following website:

　　　https://www.facebook.com/StemsMultitracks/photos/a.248192428912580/577023126029507/

3.　　The purpose for which this subpoena is sought is to obtain the identity of the individual assigned to this website who has reproduced and have offered for distribution our members' copyrighted sound recordings without their authorization. This information will only be used for the purposes of protecting the rights granted to our members, the sound recording copyright owner, under Title II of the Digital Millennium Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Washington, District of Columbia, on September 27, 2018.

_____
Mark McDevitt